IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **MARCELLA JOHNSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | No. 2:16-cv-02730 |
| | ) | |
| **NEW YORK LIFE INSURANCE** | ) | **District Judge Sheryl H. Lipman** |
| **COMPANY and AARP LIFE** | ) | **JURY DEMAND** |
| **INSURANCE TRUST d/b/a AARP** | ) | |
| **LIFE INSURANCE PROGRAM,** | ) | |
| | ) | |
| Defendants**.** | ) | |

## NOTICE OF STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, all parties to the above-styled civil action stipulate that the Complaint and all claims stated therein with respect to Defendant New York Life Insurance are hereby dismissed with prejudice.

Dated this 8th day of February, 2017.

                                                                                             Respectfully submitted,

                                                                                           s/ Clarence Risin
                                                                                           Clarence Risin (BPR No. 16874)
                                                                                           Sarah D. Murray (BPR No. 033454)
                                                                                            BAKER, DONELSON, BEARMAN,
                                                                                            CALDWELL & BERKOWITZ, P.C.
                                                                                            211 Commerce Street, Suite 800
                                                                                            Nashville, Tennessee 37201
                                                                                            Tel:  (615) 726-7319
                                                                                            crisin@bakerdonelson.com
                                                                                            smurray@bakerdonelson.com

                                                                                           *Attorneys for Defendants New York Life*
                                                                                           *Insurance Company and AARP, Inc.*

4844-6438-4833 v1
2783754-000030 02/08/2017

                    <u>s/James W. Cook (with permission)</u>
                    James W. Cook (BPR No. 8760)
                    9057 Valley Crest Lane, Suite 102
                    Germantown, Tennessee 38138
                    Tel:  (901) 753-5898
                    cchplaw@aol.com

*Attorney for Plaintiff Marcella Johnson*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 8th day of February, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

                    <u>s/Clarence Risin                  </u>

4844-6438-4833 v1
2783754-000030 02/08/2017