```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

| | |
|---|---|
| MARCELLA JOHNSON, | ) |
| Plaintiff, | ) ) |
| v. | ) ) No. 2:16-cv-2730-SHL-cgc |
| NEW YORK LIFE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Defendants' Notice of Removal (ECF No. 1), filed September 9, 2016,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Stipulation of Dismissal with Prejudice (ECF No. 23) filed February 8, 2017, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this matter are DISMISSED WITH PREJUDICE.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

February 8, 2017
Date